FILED
CLERK, U.S. DISTRICT COURT

MAY 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDREW T. VASQUEZ,                )    NO. CV 08-1095-GW(CT)
                                  )
            Petitioner,           )
                                  )    JUDGMENT
        v.                        )
                                  )
JAMES E. TILTON, Secretary,       )
California Dept. Of               )
Corrections and                   )
Rehabilitation,                   )
                                  )
            Respondent.           )
_____ )


        Pursuant to the Order Accepting the Magistrate Judge's Report
and Recommendation,

        IT IS ADJUDGED that the petition is denied and dismissed
without prejudice.

DATED:  May 28, 2008


                                    _____
                                          GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE